# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **GARY LYNN MOORE** | **CIVIL ACTION NO. 18-145-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **SHREVEPORT POLICE DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding his arrest and conviction be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the <u>Heck</u> conditions are met. **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding an inmate attack be **DISMISSED WITHOUT PREJUDICE** as improperly joined.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of _____ July _____ 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE